# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Michelle Holt
                    Plaintiff,

v.                                        Case No.: 1:12–cv–02571
                                              Honorable Thomas M. Durkin

MRS BPO, L.L.C.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2013:

      MINUTE entry before Honorable Sidney I. Schenkier: Status and motion hearings held. The parties report on the status of the case. For the reasons stated on the record, plaintiff's motion to compel better answers to plaintiff's supplemental discovery [38] is denied. Defendant's oral motion to compel a second deposition of plaintiff on the limited scope as stated on the record is denied without prejudice. In light of the parties' representations, by 2/15/13, plaintiff shall produce copies of the bills responsive to defendant's request or provide a written statement if there are no records available. The parties are further ordered to meet and confer in attempt to resolve any outstanding discovery disputes. The matter is set for a status hearing before the magistrate judge on 3/12/13 at 9:00 a.m. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.