# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Michelle Holt
                    Plaintiff,

v.                                             Case No.: 1:12–cv–02571
                                            Honorable Thomas M. Durkin

MRS BPO, L.L.C.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2013:

      MINUTE entry before Honorable Thomas M. Durkin:Motion for partial summary judgment [46] is entered and continued. Motion hearing held on 4/23/2013. Responses due by 5/28/2013. Replies due by 6/11/2013. Status hearing set for 7/30/2013 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.