# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michelle Holt

                        Plaintiff,

v.                                                 Case No.: 1:12–cv–02571
                                                         Honorable Thomas M. Durkin

MRS BPO, L.L.C.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion in limine [89] is denied for the reasons stated orally. Jury trial begun on 4/14/2014. Jury Trial continued to 4/15/2014 at 09:30 AM. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.