MM-T

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NO. 1:12-cv-02571

MICHELLE HOLT,

     Plaintiff,

v.

MRS BPO, L.L.C.,

     Defendant.

_____/

### ~~PROPOSED~~ ORDER ON JOINT STIPULATION REGARDING ATTORNEY'S FEES

The Court, having previously issued a partial order on Plaintiff's petition for attorney's fees and costs, and having reviewed the parties' Joint Stipulation regarding attorney's fees, hereby enters final judgment against Defendant MRS BPO, LLC, and in favor of Plaintiff Michelle Holt, in the amount of $94,650. The Court shall retain jurisdiction of this case for 60 days in order to permit Defendant to satisfy such judgment. Should the Court determine that Defendant did not satisfy the judgment in accordance with the terms of the parties' Joint Stipulation, the Court will, upon Plaintiff's motion, amend this Judgment from $94,650 to $111,774.18.

IT IS SO ORDERED this /5 day of ____September____, 2014.

_____
U.S. District Judge Durkin